UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. SCOTT,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF PLUMAS,<br><br>            Defendant. | No. 2:17-CV-00217-KJM-CMK<br><br><br>ORDER |

        Plaintiff filed this action on January 30, 2017. ECF No. 1. Defendant has not answered, plaintiff has not moved for default, and the parties did not file a joint status report by the June 1, 2017 deadline. Accordingly, the court vacated the June 8, 2016 scheduling conference. ECF No. 4. Plaintiff is now ORDERED to show cause within fourteen days why the court should not dismiss this case for failure to prosecute.

        IT IS SO ORDERED.

DATED: June 6, 2017.

                                                  UNITED STATES DISTRICT JUDGE